| | |
|---|---|
| 1 | ASCENSION LAW GROUP |
| 2 | PAMELA TSAO( 266734) |
|   | 17802 Irvine Blvd. |
| 3 | Suite 117 |
|   | Tustin, CA 92780 |
| 4 | PH: 714.783.4220 |
|   | FAX: 888.505.1033 |
| 5 | Pamela.Tsao@ascensionlawgroup.com |

Attorneys for Plaintiff  JOHN HO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN HO, an individual, | ) | Case No.: 8:21-cv-00652-JLS-KES |
|  | ) |  |
| Plaintiff, | ) | **NOTICE OF CONDITIONAL** |
|  | ) | **SETTLEMENT** |
| vs. | ) |  |
|  | ) |  |
| ALEXIANCAM, LLC, a limited liability company; | ) |  |
|  | ) |  |
| Defendants. | ) |  |

---

**NOTICE OF CONDITIONAL SETTLEMENT**
**8:21-CV-00652-JLS-KES**

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: May 25, 2021

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

JOHN HO

**NOTICE OF CONDITIONAL SETTLEMENT**
**8:21-CV-00652-JLS-KES**